JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE ESTRADA,

          Plaintiff,

v.

SERGIO S. DIAZ; 2747, INC.,

          Defendants.

Case No. CV 2:20-11573-AB (Ex)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 24, 2021

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.